No. 94–2084. Adams, Massachusetts Commissioner of Revenue *v.* Perini Corp. et al. Sup. Jud. Ct. Mass. Certiorari denied.

No. 94–2085. Stuckey et ux. *v.* Cisneros, Secretary of Housing and Urban Development, et al. C. A. 4th Cir. Certiorari denied.

No. 94–2086. Skrmetta Machinery Corp. *v.* Laitram Machinery, Inc. C. A. Fed. Cir. Certiorari denied.

No. 94–2087. Brown Daltas & Associates, Inc., et al. *v.* Northbrook Excess Surplus Insurance Co. C. A. 1st Cir. Certiorari denied.

No. 94–2088. Dixon *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–2089. Downey *v.* Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94–2091. Barton et al. *v.* American Red Cross et al. C. A. 11th Cir. Certiorari denied.

No. 94–2093. Public Utility District No. 1, Snohomish County, Washington *v.* Class Plaintiffs in MDL–551 et al. C. A. 9th Cir. Certiorari denied.

No. 94–2095. Sylla-Sawdon *v.* Uniroyal Goodrich Tire Co. C. A. 8th Cir. Certiorari denied.

No. 94–2096. Schreiber *v.* United States et al. C. A. 6th Cir. Certiorari denied.

No. 94–2097. Shannon et al. *v.* City of Santa Ana et al. C. A. 9th Cir. Certiorari denied.

No. 94–2098. Abofreka *v.* South Carolina Board of Medical Examiners. Ct. App. S. C. Certiorari denied.

No. 94–2099. City of Houston et al. *v.* Harris County Outdoor Advertising Assn. et al. Ct. App. Tex., 14th Dist. Certiorari denied.